UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80798-CIV-HURLEY

JEFF HASELKORN, on his own behalf and
all others similarly situated,
    plaintiffs,

vs.

RIVERSIDE NATIONAL BANK OF FLORIDA,
    defendant.
_____/

**CLOSED CASE**

## ORDER APPROVING FLSA SETTLEMENT AGREEMENT
## & ORDER OF FINAL DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the court in this FLSA action upon the parties' joint motion for approval of revised settlement agreement and dismissal with filed October 16, 2008 [DE# 10]. Having reviewed the stipulation and proposed revised settlement agreement, it is

**ORDERED AND ADJUDGED:**

1. The parties' joint motion for approval of revised FLSA settlement agreement and motion for dismissal with prejudice based on settlement [DE# 10] is **GRANTED.**

2. The parties' proposed settlement agreement is **APPROVED,** and the claims of plaintiff **JEFF HASELKORN** against the defendant **RIVERSIDE NATIONAL BANK OF FLORIDA** are **DISMISSED WITH PREJUDICE,** with each party to bear its own attorneys' fees and costs except as otherwise stipulated between the parties pursuant to settlement agreement.

3. The court shall retain jurisdiction to enforce the settlement agreement upon which the above described stipulated dismissal of all claims is predicated.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 25th day of October, 2008.

Daniel T. K. Hurley
United States District Judge

cc.

all counsel